**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-26158 |
| Leslie M Hagans | Chapter 13 |
| Debtor. | Judge Wendelin I. Lipp |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number    19-1
Last 4 Digits of Account Number:   1710

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| Cenlar FSB<br>Attn: Bankruptcy Department<br>425 Phillips Blvd.<br>Ewing, NJ 08618-0000 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
| (Same as Notices) | Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 |
| Phone:<br>Email: | Phone:<br>Email: |

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

# CERTIFICATE OF SERVICE

I certify that on September 5, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Louis Fiechtner, Debtor's Counsel
    Louis.fiechtner@gmail.com

    Nancy Spencer Grigsby, Chapter 13 Trustee
    grigsbyecf@ch3md.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on September 5, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Leslie M Hagans, Debtor
    4521 Henderson Road
    Temple Hills, MD 20748

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com