UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re: |
|
**LESLIE M HAGANS** | Case No. **17-26158-WIL**
| Chapter 13
Debtor(s) |

## TRUSTEE'S MOTION FOR DISALLOWANCE OF CLAIM AS TO WHICH THE CLAIMANT HAS REFUSED DISTRIBUTIONS

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, request the Court to disallow the proof of claim filed on behalf of **Home Point Financial Corporation c/o Cenlar, FSB** ("Claimant"), filed on **February 9, 2018,** in the amount of $**315,045.44** with an arrearage of $**2,010.64** (the "Claim"). The Claimant has: (1) refused to accept distributions made pursuant to the plan confirmed in the case; and (2) failed either to withdraw the Claim or to amend the Claim to resulting from the execution. The balance of the Claim should be disallowed to permit plan funds to be disbursed to other creditors.

WHEREFORE, the Trustee prays that the Court disallow the Claim.

Respectfully submitted,

Date: June 20, 2019

**/s/ Nancy Spencer Grigsby**
Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ngrigsby@ch13md.com

PLEASE TAKE NOTICE that: (1) within thirty (30) days after the date on the certificate of service of the motion, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; and (2) an interested party may request a hearing that will be held in the courts discretion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Disallow will be served electronically by the Court's CM/ECF system on the following:

Louis Fiechtner    louis.fiechtner@gmail.com, r45981@notify.bestcase.com
*Counsel for Debtor(s)*

Richard Rogers    rrogers@cgd-law.com, bankruptcyecf@cgd-law.com, estamas@cgd-law.com, bbush@cgd-law.com
*Counsel for Home Point Financial Corporation*

I hereby further certify that on the 20th day of June, 2019, a copy of the Motion to Disallow was also mailed first class mail, postage prepaid to:

Leslie M. Hagans
4521 Henderson Road
Temple Hills, MD 20748
*Debtor(s)*

Home Point Financial Corporation
Cenlar, FSB
Attn: Richard J. Rogers
425 Phillips Blvd
Ewing, NJ 08618
*Creditor's Address on Claim*

Cenlar, FSB
Central Loan Administration & Reporting
425 Phillips Blvd
Ewing, NJ 08618
*Creditor's Correspondence Address*

CSC- Lawyers Incorporating Service Company
7 St Paul Street, Suite 820
Baltimore, MD 21202
*Resident Agent for Home Point Financial Corporation*

*No Resident Agent Found for Cenlar, FSB*

*No Resident Agent Found for Central Loan Administration & Reporting*

                                                **/s/ Nancy Spencer Grigsby**
                                                    Chapter 13 Trustee