UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:
    Leslie M Hagans                              Chapter 13
                                                     Case No. 17-26158-WIL
    Debtor
_____

## RESPONSE TO TRUSTEE'S MOTION FOR DISALLOWANCE OF CLAIM

Home Point Financial Corporation ("Creditor") by its undersigned attorneys, Orlans PC, hereby responds to the Chapter 13 Trustee's Motion for Disallowance of Claim, and as grounds therefore states as follows:

1. On or about March 31, 2017, Leslie M Hagans, Leon Hagans and Barbara W. Hagans (collectively the "Obligors") executed and delivered to Home Point Financial Corporation a promissory note (the "Note") in the amount of THREE HUNDRED NINETEEN THOUSAND ONE HUNDRED THIRTEEN DOLLARS AND NO CENTS ($319,113.00), plus interest at the fixed rate of 4.125% per annum, to be paid over thirty (30) years.

2. Leslie M Hagans, Leon Hagans and Barbara W. Hagans executed a Deed of Trust to Home Point Financial Corporation dated March 31, 2017. The Deed of Trust is a first mortgage on real property owned by the Debtor known and numbered as 4521 Henderson Road, Temple Hills, MD 20748.

3. The mortgage is materially in default.

4. The Debtor's Amended Chapter 13 Plan was confirmed on March 7, 2019, and proposes to pay post-petition monthly mortgage payments directly to Creditor and cure a pre-

      petition arrearage through the Plan.

5.     The mortgage is non-modifiable pursuant to 11 U.S.C. §1322(b)(2).

6.     On February 9, 2018, Creditor filed a Proof of Claim (Claim No. 19), showing a pre-petition arrearage of $2,010.64.

7.     The Trustee moves for disallowance of Creditor's Proof of Claim for the reason that payments disbursed by the Trustee have been returned.

8.     Creditor wishes to resolve the payment issue with the Trustee and ensure its claim is allowed.

WHEREFORE, Home Point Financial Corporation, by and through its attorneys prays that the Trustee's Motion for Disallowance of Creditor's Claim be denied.

Date:  July 17, 2019

                                            Respectfully submitted,

                                            <u>/s/ Elizabeth M. Abood-Carroll</u>
                                            Hugh Green, Bar #19260
                                            John E. Tarburton, Bar #26398
                                            Kathryn Smits, Bar #13912
                                            Elizabeth M. Abood-Carroll, Bar #20631
                                            Orlans PC
                                            PO Box 2548
                                            Leesburg, VA 20177
                                            (703) 777-7101
                                            Attorneys for Home Point Financial Corporation
                                            hgreen@orlans.com
                                            jtarburton@orlans.com
                                            ksmits@orlans.com
                                            eabood-carroll@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on July 17, 2019, copies of the foregoing Response to Trustee's Motion for Disallowance of Claim were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com
*Bankruptcy Trustee*

Louis J. Fiechtner
8401 Corporate Drive 445
Landover, MD 20785
louis.fiechtner@gmail.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Response to Trustee's Motion for Disallowance of Claim to the following non-ECF participants:

Leslie M Hagans
4521 Henderson Road
Temple Hills, MD 20748
*Debtor*

                                                /s/ Elizabeth M. Abood-Carroll
                                                Hugh Green, Esquire
                                                John E. Tarburton, Esquire
                                                Kathryn Smits, Esquire
                                                Elizabeth M. Abood-Carroll, Esquire