UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    Leslie M Hagans                          Chapter 13
                                              Case No. 17-26158-WIL

    Debtor

_____

**NOTICE OF ADDRESS CHANGE**

Please take notice that Orlans PC has been retained as Attorney for Home Point Financial Corporation, as servicing agent for Home Point Financial Corporation, in the entitled action.

Please be advised that the Payment address for the above referenced Creditor has changed to:

    Home Point Financial Corporation
    11511 Luna Road
    Suite 200
    Farmers Branch, TX 75234

Please update the records accordingly.

Date:  _August 29, 2019_

                                                        Respectfully submitted,

                                                        ***/s/ John E. Tarbruton***
                                                        Hugh Green, Bar #19260
                                                        John E. Tarburton, Bar #26398
                                                        Kathryn Smits, Bar #13912
                                                        Elizabeth M. Abood-Carroll, Bar #20631
                                                         Orlans PC
                                                         PO Box 2548
                                                         Leesburg, VA 20177
                                                         (703) 777-7101
                                                         Attorneys for Home Point Financial Corporation

                                                         hgreen@orlans.com
                                                         jtarburton@orlans.com
                                                         ksmits@orlans.com
                                                         eabood-carroll@orlans.com

**CERTIFICATE OF SERVICE**

The undersigned states that on August 29, 2019, copies of the foregoing Notice of Address Change were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com
*Bankruptcy Trustee*

Louis J. Fiechtner
8401 Corporate Drive 445
Landover, MD 20785
louis.fiechtner@gmail.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Address Change to the following non-ECF participants:

Leslie M Hagans
4521 Henderson Road
Temple Hills, MD 20748
*Debtor*

/s/ *John E. Tarburton*
Hugh Green, Esquire
John E. Tarburton, Esquire
Kathryn Smits, Esquire
Elizabeth M. Abood-Carroll, Esquire